ROBERT P. DAMONE, ESQ. SBN 136588
GLASER, DAMONE & SCHROEDER
400 OCEANGATE, SUITE 800
LONG BEACH, CALIFORNIA 90802
Telephone: (562) 983-3130

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC., ET AL., <br><br> Plaintiff, <br><br> v. <br><br> ILL KEUN OH, AKA "JAMES KEN OH", JACQUELINE OH, JOON YEOP KIM, ELEGANCE FASHION MART, INC., and DOES 1-10, inclusive, <br> Defendants. | CASE # CV09-0387 CBM (PJWx) <br><br> **REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEENDANTS IL KEUN OH AKA "JAMES KEN OH"; JOON YEOP KIM; ELEGANCE FASHION MART, INC.; AND JACQUELINE OH** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:

As provided by Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of **DEENDANTS IL KEUN OH AKA "JAMES KEN OH"; JOON YEOP KIM; ELEGANCE FASHION MART, INC.; AND JACQUELINE OH** for failure to answer, plead, or otherwise defend the Complaint for: 1. VIOLATION OF SECTION 32 OF LANHAM ACT; 2.   VIOLATION OF SECTION 43(c) OF LANHAM ACT; 3.   VIOLATION OF SECTION 43(a) OF LANHAM ACT; 4.

1

1 | VIOLATION OF CAL. B&P SECTION 17200 ET SEQ.; 5. VIOLATION OF CAL.
2 | B&P SECTION 14330; 6. VIOLATION OF CAL. B&P SECTION 14340; 7.
3 | COMMON LAW TRADEMARK INFRINGEMENT; 8. COMMON LAW UNFAIR
4 | COMPETITION; as appears from the declaration of Robert P. Damone filed herein.

DATED: 6/21/09

GLASER, DAMONE & SCHROEDER

By _____
ROBERT P. DAMONE, Attorneys for
PLAINTIFFS

---

2

Request for Clerk to Enter Default

## DECLARATION OF ROBERT P. DAMONE

I, Robert P. Damone, pursuant to 28 U.S.C. section 1746, declare as follows:

1. I am the attorney for plaintiffs, JUICY COUTURE, INC., a California Corporation and L.C. LICENSING v. ILL KEUN OH, AKA "JAMES KEN OH", JACQUELINE OH, JOON YEOP KIM, ELEGANCE FASHION MART, INC., and DOES 1-10, inclusive, case no. **CV09-0387 CBM (PJWx)**. I submit this declaration in support of plaintiffs' application for default judgment against the following defendants:

   1. ILL KEUN OH, AKA "JAMES KEN OH";
   2. JOON YEOP KIM;
   3. ELEGANCE FASHION MART, INC;
   4. JACQUELINE OH.

2. Plaintiffs filed their complaint with this Court on January 16, 2009.

3. On February 10, 1009, defendants ILL KEUN OH, AKA "JAMES KEN OH", JOON YEOP KIM, ELEGANCE FASHION MART, INC., AND JACQUELINE OH were served by substitute service with the Summons and Complaint in this action. The true and correct copies of the proofs of service filed with the Court are attached hereto as Exhibits 1-4 respectively.

4. As of this date each of the above-mentioned defendants have failed to answer, plead or otherwise defend against the complaint filed herein, as provided by Rule 56(a) of the Federal Rules of Civil Procedure, and the time for these defendants

3

Request for Clerk to Enter Default

to answer or otherwise move has not been extended.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 21st day of June, 2009 at Long Beach, California.

_____
ROBERT P. DAMONE, Attorneys for Plaintiffs

## Service/Waivers of Summons and Complaints :

2:09-cv-00387-CBM-PJW Juicy Couture, Inc. et al v. Il Oh et al
(PJWx), AO120, DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Damone, Robert on 2/27/2009 at 3:47 PM PST and filed on 2/27/2009
**Case Name:**     Juicy Couture, Inc. et al v. Il Oh et al
**Case Number:**   2:09-cv-387
**Filer:**         Juicy Couture, Inc.
                   L.C. Licensing
**Document Number:** 11

**Docket Text:**
**PROOF OF SERVICE Executed by plaintiff Juicy Couture, Inc., L.C. Licensing, upon Il Keun Oh served on 2/10/2009, answer due 3/2/2009. The Summons and Complaint were served by Substituted service, by State statute, upon Wendy Kim, Manager. Due Dilligence declaration is attached. Original Summons was returned. (Damone, Robert)**

**2:09-cv-387 Notice has been electronically mailed to:**

Robert P Damone     rdamone@linkline.com, rotorbear@earthlink.net

**2:09-cv-387 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Andria.ASM-NEW-DELL\My Documents\AM Work\G D & S\Clients RPD\Juicy Couture v OH\JUICY Oh POS (Exec) Il Keun Oh aka James Ken Oh.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/27/2009] [FileNumber=7356762-0]
[9e0e7f2dfa365567acff44f3a7950f272b7fe1132385256ccc013381c1ea3c3e66d0
2fac35c96851a12ee0df8aed6c0fc0392157567b02e9f0b9772e4a34d1f6]]



Exhibit 1

https://ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?475125573558811                                               2/27/2009

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JUICY COUTURE, INC AND L.C. LICENSING<br>Plaintiff(s)<br>v.<br>IL KEUN OH aka "JAMES KEN OH" et al.<br>Defendant(s) | CASE NUMBER:<br>CV09 - 0387(BM(PJWx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons       ☒ complaint       ☐ alias summons       ☐ first amended complaint
                                                                ☐ second amended complaint
                                                                ☐ third amended complaint

   ☒ other *(specify)*: Civil Cover Sheet, ADR Package, AO-120, AO-121, Cert of Assignment, Cert and Notice of Interested Parties, Order Re Notice to Counsel

2. **Person served:**

   a. ☒ Defendant *(name)*: Il Keun Oh aka "James Ken Oh"

   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      Wendy Kim (Manager)

   c. ☒ Address where papers were served: 124 East Olympic Blvd #110, Los Angeles, CA 90015

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. ☒ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date)*: February 4, 2009    at *(time)*: 2:40 PM

      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ **papers were mailed** on (date): February 10, 2009

      6. ☒ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                          PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Hector Moya
   14979 Prairie Ave,
   Lawndale, CA 90260
   310-978-4554

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2009

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01) PAGE 2

# Service/Waivers of Summons and Complaints :

2:09-cv-00387-CBM-PJW Juicy Couture, Inc. et al v. Il Oh et al
(PJWx), AO120, DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Damone, Robert on 2/27/2009 at 3:43 PM PST and filed on 2/27/2009
**Case Name:** Juicy Couture, Inc. et al v. Il Oh et al
**Case Number:** 2:09-cv-387
**Filer:** Juicy Couture, Inc.
L.C. Licensing
**Document Number:** 10

**Docket Text:**
**PROOF OF SERVICE Executed by plaintiff Juicy Couture, Inc., L.C. Licensing, upon Joon Yeop Kim served on 2/10/2009, answer due 3/2/2009. The Summons and Complaint were served by Substituted service, by State statute, upon Wendy Kim, Manager. Due Dilligence declaration is attached. Original Summons was returned. (Damone, Robert)**

**2:09-cv-387 Notice has been electronically mailed to:**

Robert P Damone    rdamone@linkline.com, rotorbear@earthlink.net

**2:09-cv-387 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Andria.ASM-NEW-DELL\My Documents\AM Work\G D & S\Clients RPD\Juicy Couture v OH\JUICY Oh POS (Exec) Joon Yeop Kim.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/27/2009] [FileNumber=7356683-0]
[0d85af8ba29e44a1f7a1175903e388d18f449fb882aeec99861110146b965c0115213
e3045015ea02d926d1af7bc3e3a696c07f837395e8cf9228c4b671dabb85]]



Exhibit 2

https://ecf.cacd.uscourts.gov/cgi-bin/Dispatch.pl?110328964298606    2/27/2009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC AND L.C. LICENSING<br><br>Plaintiff(s)<br>v.<br><br>IL KEUN OH AKA "JAMES KEN OH" et al.<br>Defendant(s) | CASE NUMBER:<br>CV09-0387 CBM (PJWx)<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons      [X] complaint      [ ] alias summons      [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: Civil Cover Sheet, ADR Package, AO-120, AO-121, Cert of Assignment, Cert and Notice of Interested Parties, Order Re Notice to Counsel

2. **Person served**:

   a. [X] Defendant *(name)*: Joon Yeop Kim
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Wendy Kim (Manager)
   c. [X] Address where papers were served: 124 East Olympic Blvd #110, Los Angeles, CA 90015

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service**. By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [X] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] **Papers were served on** *(date)*: February 4, 2009    at *(time)*: 2:40 PM

      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed** on (date): February 10, 2009

      6. [X] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                               PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Hector Moya
   14979 Prairie Ave,
   Lawndale, CA 90260
   310-978-4554

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2009

_____ *(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                              PAGE 2

## Service/Waivers of Summons and Complaints :

2:09-cv-00387-CBM-PJW Juicy Couture, Inc. et al v. Il Oh et al
(PJWx), AO120, DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Damone, Robert on 2/27/2009 at 3:49 PM PST and filed on 2/27/2009
**Case Name:** Juicy Couture, Inc. et al v. Il Oh et al
**Case Number:** 2:09-cv-387
**Filer:** Juicy Couture, Inc.
L.C. Licensing
**Document Number:** 12

**Docket Text:**
**PROOF OF SERVICE Executed by plaintiff Juicy Couture, Inc., L.C. Licensing, upon Elegance Fashion Mart, Inc. served on 2/10/2009, answer due 3/2/2009. The Summons and Complaint were served by Substituted service, by State statute, upon Wendy Kim, Manager. Due Dilligence declaration is attached. Original Summons was returned. (Damone, Robert)**

**2:09-cv-387 Notice has been electronically mailed to:**

Robert P Damone    rdamone@linkline.com, rotorbear@earthlink.net

**2:09-cv-387 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Andria.ASM-NEW-DELL\My Documents\AM Work\G D & S\Clients RPD\Juicy Couture v OH\JUICY Oh POS (Exec) Elegance Fashion Mart.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/27/2009] [FileNumber=7356806-0]
[4a672d787043b1eba446c0b5c1234bdb29d95d63b6c413518db1f6fc45291c720d42
bf52668ec13b758e9c6db2c95d6b695fd237303d8811b94f3de4ded4dc1e]]



Exhibit 3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC AND L.C. LICENSING <br> Plaintiff(s) <br> v. <br> IL KEUNOH AKA "JAMES KEN OH et al. <br> Defendant(s) | CASE NUMBER: <br> CV09-0387 CBM (PJW) <br><br> PROOF OF SERVICE <br> SUMMONS AND COMPLAINT <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: Civil Cover Sheet, ADR Package, AO-120, AO-121, Cert of Assignment, Cert and Notice of Interested Parties, Order Re Notice to Counsel

2. **Person served:**
   a. [X] Defendant *(name)*: Elegance Fashion Mart, INC.
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Wendy Kim (Manager)
   c. [X] Address where papers were served: 124 East Olympic Blvd #110, Los Angeles, CA 90015

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [X] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] **Papers were served on** *(date)*: February 4, 2009   at *(time)*: 2:40 PM
      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] **papers were mailed** on (date): February 10, 2009
      6. [X] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                     PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Hector Moya
   14979 Prairie Ave,
   Lawndale, CA 90260
   310-978-4554

   a. Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2009

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)  PAGE 2

## Service/Waivers of Summons and Complaints :

2:09-cv-00387-CBM-PJW Juicy Couture, Inc. et al v. Il Oh et al
(PJWx), AO120, DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Damone, Robert on 2/27/2009 at 3:32 PM PST and filed on 2/27/2009
**Case Name:** Juicy Couture, Inc. et al v. Il Oh et al
**Case Number:** 2:09-cv-387
**Filer:** Juicy Couture, Inc.
L.C. Licensing
**Document Number:** 9

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff Juicy Couture, Inc., L.C. Licensing, upon Jacqueline Oh served on 2/10/2009, answer due 3/2/2009. The Summons and Complaint were served by Substitued service, by State statute, upon Wendy Kim, Manager. Due Dilligence declaration attached. Original Summons was returned. (Damone, Robert)**

**2:09-cv-387 Notice has been electronically mailed to:**

Robert P Damone    rdamone@linkline.com, rotorbear@earthlink.net

**2:09-cv-387 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Andria.ASM-NEW-DELL\My Documents\AM Work\G D & S\Clients RPD\Juicy Couture v OH\JUICY Oh POS (Exec) Jacqueline Oh.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/27/2009] [FileNumber=7356525-0]
[8d1ffcb1e269b0a1fb138d45b266c4ea1d23d122fafe557a1effebfe5dc538d82b84
deccfc308439f3ea42dcba71e68727d4c3322a21645d536adc6be3887649]]



Exhibit 4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUICY COUTURE, INC AND L.C. LICENSING

Plaintiff(s)

v.

IL KEUN OH AKA "JAMES KEN OH" et al

Defendant(s)

CASE NUMBER: CV09-0387 CBM (PJWx)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first amended complaint
                                                            [ ] second amended complaint
                                                            [ ] third amended complaint

   [X] other *(specify)*: Civil Cover Sheet, ADR Package, AO-120, AO-121, Cert of Assignment, Cert and Notice of Interested Parties, Order re Notice to Counsel

2. Person served:
   a. [X] Defendant *(name)*: Jacqueline Oh
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
          Wendy Kim (Manager)
   c. [X] Address where papers were served: 124 East Olympic Blvd #110, Los Angeles, CA 90015

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [X] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] Papers were served on *(date)*: February 4, 2009    at *(time)*: 2:40 PM
      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] papers were mailed on (date): February 10, 2009
      6. [X] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                      PAGE 1

    c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

    f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service: *(date)*: _____ at *(time)*: _____

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Hector Moya
14979 Prairie Ave,
Lawndale, CA 90260
310-978-4554

    a. Fee for service: $

    b. ☒ Not a registered California process server

    c. ☐ Exempt from registration under B&P 22350(b)

    d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 20, 2009

*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)      PAGE 2

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Oceangate, 8th Floor, Long Beach, California 90802-4834.

On June 22, 2009, I served the foregoing document described as *Request for Clerk to Enter Default* on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>Il Keun Oh aka James Ken Oh
>JoonYeop Kim
>Jacqueline Oh
>Elegance Fashion Mart, Inc.
>124 East Olympic Blvd., #110
>Los Angeles, CA 90015

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on June 22, 2009, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Robert P. Damone