**ROBERT P. DAMONE. SBN: 136588**
**GLASER, DAMONE & SCHROEDER**
400 OCEANGATE, SUITE 800
LONG BEACH, CA 90802
TELEPHONE: (562) 983-3130
FACSIMILE: (562) 983-9335

Attorney for Plaintiffs JUICY COUTURE, INC. AND LC LICENSING,

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> IL KEUN OH, et al., <br><br> Defendants. | Case No. CV-09-0387-CBM (PJWx) <br><br> [PROPOSED] ENTRY OF DEFAULT BY CLERK AS TO DEFENDANTS IL KEUN OH, AKA "JAMES KEN OH"; JACQUELINE OH; JOON YEOP KIM; AND ELEGANCE FASHION MART, INC. |

In this cause of action, defendants **IL KEUN OH, AKA "JAMES KEN OH"; JACQUELINE OH; JOON YEOP KIM; AND ELEGANCE FASHION MART, INC.** having been regularly served with process as appears from the papers on file herein, and having failed to answer or otherwise appear, and the time for appearance having expired;

Now, on application of Robert P. Damone, attorney for plaintiff Guru Denim, Inc., the default of defendants **IL KEUN OH, AKA "JAMES KEN OH"; JACQUELINE OH; JOON YEOP KIM; AND ELEGANCE FASHION**

1
Proposed Entry of Default by Clerk

**MART, INC.** are hereby entered, according to law.

Dated: _____

Clerk, United States District Court