Robert P. Damone, Esq. SBN 136588
GLASER, DAMONE & SCHROEDER
400 OCEANGATE, SUITE 800
LONG BEACH, CA 90802
TELEPHONE NO.: (562) 983-3130
TELEFAX NO.: (562)983-9335

Attorneys for Plaintiffs
robdamone@yahoo.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC. AND L.C. LICENSING,<br><br>Plaintiffs,<br><br>v.<br><br>IL KEUN OH, AKA "JAMES KEN OH", JACQUELINE OH, JOON YEOP KIM, ELEGANCE FASHION MART, INC. ET AL.,<br><br>Defendants, | Case No. CV09-0387 CBM(PJWx)<br><br>**PLAINTIFFS JUICY COUTURE, INC. AND L.C. LICENSING'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: July 19, 2010<br>Time: 10:00 am<br>Courtroom: 2<br><br>Before the Hon. Consuelo B. Marshall |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July , 2010, at 10:00 am or as soon thereafter as this matter may be heard, in the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, Plaintiffs Juicy Couture, Inc. and L.C. Licensing (collectively "Juicy") will and hereby does respectively move this Court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of default judgment, including statutory damages, attorney's fees and costs, and a permanent injunction against the following defendants:

---

1

**Plaintiffs' Notice of Motion and Motion for Default Judgment and Permanent Injunction**

1. Il Keun Oh aka James Ken Oh;
2. Joon Yeop Kim;
3. Elegance Fashion Mart, Inc.;
4. Jacqueline Oh.

Juicy requests the judgment include an award of statutory damages pursuant to the Lanham Act in the amount of $100,000.00 against each defendant identified above, and an award of attorney's fees and costs. Juicy further requests that the Court enter a permanent injunction against each defendant identified above restraining him, her and it from engaging in future infringement of Juicy's copyrights and trademarks.

Juicy brings this motion on the grounds that each defendant identified above is not an infant or incompetent person, each defendant identified above failed to respond timely and properly to the Complaint, and on June 24, 2009, the Clerk of this Court entered defaults against Il Keun Oh aka James Ken Oh; Joon Yeop Kim; Elegance Fashion Mart, Inc.; and Jacqueline Oh for each defendant's failure to appear, plead, or answer Juicy's Complaint within the time allowed by law.

This motion is based on this Notice of Motion, the Memorandum of Law filed in support thereof, the Declaration of Robert P. Damone, the defaults entered by the Clerk of this Court on file herein, and the files and records in this action.

Dated: 6/7/10

GLASER, DAMONE & SCHROEDER

BY: _____
Robert P. Damone, Attorneys for Plaintiffs
Juicy Couture, Inc. and L.C. Licensing

2

**Plaintiffs' Notice of Motion and Motion for Default Judgment and Permanent Injunction**