1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC. and L.C. LICENSING, | Case No. **CV09-0387** CBM(PJWx) |
| Plaintiff, | **[PROPOSED] DEFAULT JUDGMENT FOR MONETARY DAMAGES AND PERMANENT INJUNCTION** |
| v. | |
| IL KEUN OH, ET AL., | Before the Hon. Consuelo B. Marshall |
| Defendants, | |

Having considered Plaintiffs Juicy Couture, Inc. and L.C. Licensing's ("Juicy") Motion for Default Judgment and Permanent Injunction, the Memorandum of Law in Support of its Motion for Default Judgment and Permanent Injunction, the declaration of Robert P. Damone, the defaults entered by the Court's Clerk filed herein, the Complaint, and summons and proofs of service, and all of the relevant papers and pleadings on file with the Court

1

PROPOSED DEFAULT JUDGMENT FOR MONETARY DAMAGES AND
PERMANENT INJUNCTION

**THE COURT ORDERS AS FOLLOWS:**

Juicy's Motion for Default Judgment and Permanent Injunction Against the Following Defendants:

1.      Il Keun Oh aka James Ken Oh;

2.      Joon Yeop Kim;

3.      Elegance Fashion Mart, Inc.;

4.      Jacqueline Oh ("defendants")

is GRANTED.

Judgment is entered against all defendants as follows:

1.      All Defendants are liable to Juicy for willful trademark infringement under federal law, 15 U.S.C. sections 1114 *et seq.* and 15 U.S.C. sections 1125 *et seq.,* resulting from their use in commerce of Juicy's trade dress and use and imitation of the following Trademarks an/or Service Mark Registration numbers:

         (a)      2,978,046

         (b)      2,348,674

         (c)      2,285,232

2.      All Defendants are liable to Juicy for Trademark Dilution under California law (California Business & Professions section 14330) and Counterfeiting (California Business & Professions section 14340), Unfair Competition and Common Law Trademark Infringement;

3.      Juicy is awarded $100,000 against each defendant under the Lanham Act;

4.      Juicy is awarded $7,350.00 in attorneys fees and costs against defendants.

2

PROPOSED DEFAULT JUDGMENT FOR MONETARY DAMAGES AND PERMANENT INJUNCTION

5.     Defendants shall be permanently enjoined from further infringing any of Juicy's trademarks as follows:

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS HEREBY ORDERED that the following defendants:

1.     Il Keun Oh aka James Ken Oh;

2.     Joon Yeop Kim;

3.     Elegance Fashion Mart, Inc.;

4.     Jacqueline Oh ("defendants")

and their agents, servants, employees, representatives, successors and assignees, and all those acting in concert or participation with them shall be, and hereby are PERMANENTLY ENJOINED and restrained from:

(a)     imitating, copying or making any other counterfeit distribution of Juicy Couture, Inc. and L.C. Licensing items protected by Juicy's registered trademarks and service marks, including but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1)     2,978,046

(2)     2,348,674

(3)     2,285,232

or any other works now or hereafter protected by any of Juicy's trademarks;

(b)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any apparel, item or thing bearing any simulation, reproduction, counterfeit, copy or colorable imitation of any of Juicy's registered trademarks or service mark, including but not limited to, the Trademark and Service Mark Registration Nos. Listed in

3

PROPOSED DEFAULT JUDGMENT FOR MONETARY DAMAGES AND PERMANENT INJUNCTION

Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy or colorable imitation of Juicy's registered trademarks, including , but not limited to, the Trademark Registration Nos. Listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion or display of any Juicy Products, item or thing not authorized or licensed by Juicy;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any product, item or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Juicy, when such is not true in fact;

    (e)    using the names, logos, or other variations thereof of any of Juicy's trademark-protected products the defendant's trade names;

    (f)    engaging in any other activity constituting an infringement of any of Juicy's trademarks  or of Juicy's rights in, or right to use or to exploit these trademarks, and/or constituting any dilution of Juicy's name, reputation, or goodwill; and

    (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

Dated:

                                        Consuelo B. Marshall
                                        UNITED STATES DISTRICT JUDGE

PROPOSED DEFAULT JUDGMENT FOR MONETARY DAMAGES AND PERMANENT INJUNCTION