UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUICY COUTURE, INC. ET AL., <br> Plaintiffs, <br> v. <br> IL KEUN OH, ET AL., <br> Defendants. | No. CV 09-0387 CBM (PJWx) <br><br> JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment be set forth on a separate document), and consistent with this Court's Order of September 10, 2010, granting Plaintiffs Juicy Couture, Inc.'s and L.C. Licensing, Inc.'s ("Plaintiffs") Motion for Default Judgment and Permanent Injunction,

//
//
//
//
//
//

1

1     IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be
2 entered in favor of Plaintiffs.

4     IT IS SO ORDERED.

7 DATED: September 10, 2010    By _____
                                         CONSUELO B. MARSHALL
                                         UNITED STATES DISTRICT JUDGE