AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV09-0387 CBM PJWx | DATE FILED | U.S. DISTRICT COURT<br>Central District of California | | |
|---|---|---|---|---|
| PLAINTIFF<br>JUICY COUTURE, INC. and L.C. LICENSING, | | DEFENDANT<br>IL KEUN OH, aka "JAMES KEN OH", JACQUELINE OH, JOON YEOP KIM, ELEGANCE FASHION MART, INC. and DOES 1-10 inclusive, | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1  2,978,046 | 4/4/2007 | L.C. LICENSING, INC. | | |
| 2  2,348,674 | 4/4/2009 | L.C. LICENSING, INC. | | |
| 3  2,285,232 | 4/4/2009 | L.C. LICENSING, INC. | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Judgment |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Lori Muraoka | DATE<br>09/13/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy