```
 1  ROBERT P. DAMONE (SBN 136588)
    robdamone@yahoo.com
 2  GLASER, DAMONE & SCHROEDER
    400 Oceangate, Suite 800
 3  LONG BEACH, CA 90802
    TEL: (562) 983-3130
 4  FAX: (562) 983-9335
    Attorneys for Plaintiffs
 5  JUICY COUTOURE, INC. and
    L.C. LICENSING
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  JUICY COUTOURE, INC. and       )  CASE NO. CV09-0387 CBM (PJWx)
    L.C. LICENSING,                )
12                                 )  [Assigned to Hon. Consuelo B. Marshall]
                Plaintiffs,        )
13       vs.                       )  ACKNOWLEDGMENT OF
                                   )  SATISFACTION OF JUDGMENT
14  IL KEUN OH aka JAMES KEN OH,   )
    JOON YEOP KIM, JACQUELINE      )
15  OH, AND ELEGANCE FASHION       )
    MART, INC., ET AL.             )
16                                 )
                Defendants.        )
17  _____)
18
```

19      The Judgment Creditors in the above captioned action have accepted payment from the

20 Judgment Debtors other than the Judgment in FULL SATISFACTION of the judgment.

21      The full names and address of the Judgment Creditors are JUICY COUTOURE, INC. and

22 L.C. LICENSING, c/o Robert P. Damone, Glaser, Damone & Schroeder, 400 Oceangate, Suite

23 800, Long Beach, CA 90802,.

24      The full names and addresses of the Judgment Debtors being fully released are IL KEUN

25 OH aka JAMES KEN OH, JOON YEOP KIM, JACQUELINE OH, and ELEGANCE FASHION

26 MART, INC. c/o S. Young Lim, Park & Lim, 3435 Wilshire Blvd., Ste. 2920, Los Angeles, CA

27 90010.

28      The Judgment was entered on September 10, 2010.

---

1                                              ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

1  An abstract of judgment and/or certified copy of the Judgment was recorded as follows:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |

A notice of judgment lien has been filed in the office of the Secretary of State as file number: None

Dated: September 2̲0̲, 2011

By: _____
GLASER DAMONE & SCHROEDER

ROBERT P. DAMONE
Attorneys for Plaintiffs
JUICY COUTOURE, INC. and
L.C. LICENSING